UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUL 17 PM 4:04

BY _____
DEPUTY CLERK

Scott Traudt
Plaintiff
_____
Plaintiff(s)

vs.

Ari Rubinstein
Defendant
_____
Defendant(s)

Civil Action No: 2:24-cv-782

## NOTICE OF PRO SE APPEARANCE

I, Scott Traudt, a Plaintiff/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is: 191 Kibling Hill Rd., Strafford, VT 05072

Telephone Number (daytime): 802-318-0429

Date: 7/17/2024

Signature: Scott Traudt

(Rev. 3/12)