# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Scott Travot

**DEFENDANTS**
Ari Rubinstein

**(b)** County of Residence of First Listed Plaintiff: Orange
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se  802-318-0429

Attorneys *(If Known)*

JUL 17 2024
U.S. DISTRICT COURT
BURLINGTON VT

## II. BASIS OF JURISDICTION
- [X] 3 Federal Question
- [X] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [X] 1
- Citizen of Another State: DEF [X] 2
- Incorporated and Principal Place of Business In Another State: DEF [X] 5

## IV. NATURE OF SUIT
- [X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 18 USCS 1961 et. seq.
Brief description of cause: Attempt to recover damages from RICO org.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 3,000,000 US
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 7/17/2024
SIGNATURE OF ATTORNEY OF RECORD: Scott Travett pro se

**FOR OFFICE USE ONLY**
RECEIPT # 3767  AMOUNT 405.00  JUDGE 1012
Summons Issued
2:24-cv-782