

**George Palikaras** ✓
@palikaras

Update for $MMAT fellow shareholders: Our company is being dismantled before our eyes, potentially affecting other stakeholder matters. We have been kept in the dark for months. This knee-capping, in my opinion, does not benefit anyone and is a breach of fiduciary duties.

If you value your investment and the world-class technology still within the company, please take action.

FACT 1: After the 8-K announcing the 80% workforce reduction, I emailed the Board and proposed offering all my shares back to the treasury to help the company raise new capital and transition under new management.

FACT 2: I have issued new demand letters through different law firms due to discrepancies and issues requiring urgent attention. Despite my efforts, there has been no support for resolution. I hereby permit the board and management to publicly share my demand letters and any responses in full.

FACT 3: I still hold the largest stake in the company and remain connected to shareholders, former employees, customers, and suppliers of @Metamaterialtec, many of whom are ready and willing to testify regarding MMAT's management actions.

Rest assured, I am working every day with all my resources to save our company's world-changing technologies and hold $MMAT Management accountable. Transparency is crucial. IMHO, the current Board and Management are only looking after themselves, are completely misaligned with our mission, and do not intend to create any shareholder wealth. This is evidenced by recent announcements, lack of transparency, lack of ownership, and many more indicators that will be revealed in time.

I urge @Metamaterialtec to RELEASE the non-confidential teaser document and reveal WHO the financial advisory firm is, reveal WHO the battery (NPORE) new asset owner is, describe WHAT the relationship (if any) with Authentix is, and then to do us a favor and RESIGN. Alternatively they risk becoming the first Board on Nasdaq that will lose three consecutive major shareholder proposals within 12 months. A temporary shareholder committee can be put in charge anytime. If the Nanotech asset deal cannot be reversed, the company will have forever lost its metamaterials foundry and its nanomaterials volume manufacturing platform capabilities worth over $150M in intrinsic/replacement value based on my estimates. Even so, a new, "META 2.0" can still re-emerge. This could be an AI-driven device tech company focused around the ElectroOptics (VLEPSIS) imaging technology (pixel-as-a-service), which, given enough time and scale, can become a Fortune 500 company.

Are you ready to stand with us and fight for the future of our company? My DMs are open to all. FYI, see the page extract below image for a little sample of one of the demand letters… One last FACT… the company's website is showing a leadership team page where more than half of these people are already gone for weeks, WHY are shareholders mislead with such lies!??? #Accountability #Transparency #CorporateGovernance #knowWhatYouOwn @timaras

# Snell & Wilmer

3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NV 89169-0965
702.784.5200 P
702.784.5252 F

Charles E. Gianelloni, Esq.
702.784.5373
cgianelloni@swlaw.com

June 28, 2024

**VIA EMAIL**

Meta Materials, Inc.
c/o Dan Eaton, Esq.
Chief Legal Officer
5880 W. Las Positas Blvs. Suite 37
Pleasnton, CA 94588
Dan.Eaton@metamaterial.com
(408) 499-7075

  Re: Demand to correct inaccuracies in Meta Materials Inc. ("META") company sale communications ▇

Mr. Eaton:

  This firm represents META shareholder George Palikaras. Please direct further communication on this matter to our attention.

  As you know, META recently engaged ▇ as META's exclusive advisor to identify possible business opportunities between META and potential buyers. META put Mr. Palikaras in contact ▇ and he reached out on May 5, 2024, requesting ▇ a "non-confidential teaser document" ▇ On May 6, ▇ sent the ▇ "non-confidential teaser materials" via email. Mr. Palikaras promptly reviewed the non-confidential teaser ▇

  ▇ contain material inaccuracies that harm META's ability to maximize shareholder value for a sale because interested buyers don't have current, accurate information on which to base offers for META or its assets. According to Mr. Palikaras, the following is a list of inaccuracies he has identified to date:

  a. **Materially Misleading IP Assets Listed:** The May 2024 teaser document stated ▇

  However, ▇

ALBUQUERQUE BOISE DALLAS DENVER LAS VEGAS LOS ANGELES LOS CABOS ORANGE COUNTY
PHOENIX PORTLAND RENO SALT LAKE CITY SAN DIEGO SEATTLE TUCSON WASHINGTON, D.C.

4857-0869-0834.1