# EXHIBIT A

# Walter Judge

**From:** Walter Judge
**Sent:** Wednesday, August 7, 2024 10:48 AM
**To:** sct545@proton.me
**Subject:** Traudt v. Rubinstein, et al., Vermont Federal Court, Case No. 2:24-cv-0078-cr

Mr. Traudt:

Greetings.

My firm has been retained to represent FINRA in connection with the above-referenced matter. FINRA recently received a copy of the Amended Complaint that you filed in the United States District Court for the District of Vermont naming FINRA as one of the several defendants, and which you mailed to FINRA's offices in Washington, DC. Because the Amended Complaint was not served on FINRA's registered agent, service via mail was not effective under applicable law. That being said, and consistent with Rule 4 of the Federal Rules of Civil Procedure, FINRA is willing to waive service pursuant to Federal Rule 4(d) and thereby avoid causing you to incur unnecessary additional expenses of serving the summons.

To that end, FINRA is willing to waive official service of process in accord with Rule 4(d) if you reply to this email with a copy of Form AO 398 requesting waiver of service of process. A copy of that form is available here. Please reply to this email by COB Friday, August 9th, with a copy of the form so that we may avoid any dispute over service.

FINRA recommends that you consult an attorney with any legal questions you may have regarding service of process or any other legal issues relevant to your amended complaint. We look forward to your response.

Regards,

**Walter Judge** | Director, Litigation Group
199 Main Street, PO Box 190, Burlington, VT 05402-0190
Direct: 802.846.8326 · Main: 802.863.2375 · Mobile: 802.343.6887 · Email: wjudge@drm.com
LinkedIn · Twitter · YouTube · Lex Mundi · Food & Beverage Law Blog



DRM DOWNS RACHLIN MARTIN