# EXHIBIT B

# Walter Judge

| | |
|---|---|
| **From:** | SCT <SCT545@proton.me> |
| **Sent:** | Wednesday, August 7, 2024 11:50 AM |
| **To:** | Walter Judge |
| **Subject:** | [EXT] Re: Traudt v. Rubinstein, et al., Vermont Federal Court, Case No. 2:24-cv-0078-cr |
| **Attachments:** | FINRA waiver of service form 7AUG2024 .pdf |

Mr. Judge - if you need more time to answer the complaint because of this let me know.

I will be seeking leave of the court under Admiralty Law to delay proceedings at certain times when I am at sea as I am a commercial fisherman and I'm renewing my USCG/USMM credentials as an Able Seafarer Unlimited. Shouldn't be often but I will give you a heads up.

I am amendable to 15 days extra if you needed and will stipulate to that.

Thanks,

Scott Traudt
Strafford VT
Sent with Proton Mail secure email.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the

Scott Traudt
_Plaintiff_
v.
Ari Rubinstein et.al.
_Defendant_

Civil Action No. 2:24-cv-00782

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Financial Industry Regulatory Authority
_(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)_

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within _____ days _(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)_ from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 8/7/2024

_Signature of the attorney or unrepresented party_

Scott Traudt
_Printed name_

1911 Kibling Hill Rd
_Address_

sct545@proton.me
_E-mail address_

802-318-0429
_Telephone number_