# EXHIBIT C

## Walter Judge

| | |
|---|---|
| **From:** | Walter Judge |
| **Sent:** | Thursday, August 8, 2024 10:38 AM |
| **To:** | 'SCT' |
| **Cc:** | Walter Judge |
| **Subject:** | RE: [EXT] Re: Traudt v. Rubinstein, et al., Vermont Federal Court, Case No. 2:24-cv-0078-cr |
| **Attachments:** | FINRA Executed Waiver of Service Form 8.8.25.pdf |

Mr. Traudt,

Thank you for agreeing to accept FINRA's waiver of service of process. Please find attached Form AO 399 with FINRA's acknowledgment that it is waiving service. Please feel free to file this as proof of service on FINRA with the Court.

In response to your question about additional time, pursuant to Rule 4 of the Federal Rules of Civil Procedure, FINRA believes that it has 60 days from August 7, 2024 to respond to your Amended Complaint. Accordingly, FINRA will respond on or before Monday, October 7, 2024.

Please let me know immediately if and when you have retained an attorney in this matter.

Regards,


**From:** SCT <SCT545@proton.me>
**Sent:** Wednesday, August 7, 2024 11:50 AM
**To:** Walter Judge <WJudge@drm.com>
**Subject:** [EXT] Re: Traudt v. Rubinstein, et al., Vermont Federal Court, Case No. 2:24-cv-0078-cr

Mr. Judge - if you need more time to answer the complaint because of this let me know.

I will be seeking leave of the court under Admiralty Law to delay proceedings at certain times when I am at sea as I am a commercial fisherman and I'm renewing my USCG/USMM credentials as an Able Seafarer Unlimited. Shouldn't be often but I will give you a heads up.

I am amendable to 15 days extra if you needed and will stipulate to that.

Thanks,

Scott Traudt
Strafford VT
Sent with Proton Mail secure email.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Scott Traudt | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00782-cr |
| Ari Rubinstein, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Scott Traudt
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    08/07/2024   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   08/08/2024

*Signature:* Walter Judge
*Signature of the attorney or unrepresented party*

**FINRA**
*Printed name of party waiving service of summons*

Walter E. Judge, Jr.
*Printed name*
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT  05402
*Address*

wjudge@drm.com
*E-mail address*

(802) 863-2375
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.