# EXHIBIT D

# Walter Judge

| | |
|---|---|
| **From:** | Walter Judge |
| **Sent:** | Friday, August 23, 2024 1:02 PM |
| **To:** | SCT; arosenblum@dinse.com; JBARNARD@DINSE.COM |
| **Cc:** | jeff.goldman@morganlewis.com; felipe.escobedo@morganlewis.com |
| **Subject:** | RE: [EXT] Does anyone oppose an extension of time to 17 September for all parties in Traudt v. Rubenstein |

Mr. Traudt,

I cannot speak for the other defendants as to the appropriateness of a September 17 deadline as to them. FINRA does not stipulate or agree to your motion, and does not stipulate or agree to filing its response to the Amended Complaint by September 17, 2024. As noted in my prior communications to you, FINRA was not properly served with the Complaint or Amended Complaint. On August 7, 2024 I advised you that, nonetheless, FINRA would agree to waive service. You supplied the waiver form on August 7, 2024, which FINRA promptly returned on August 8, 2024. Under FRCP 4(d)(3) FINRA has until October 7 to respond. While it is FINRA's intent to respond sooner, it cannot agree in advance to respond to the Amended Complaint before October 7.

I regret that I was not able to respond to your request by the end of the day yesterday, but a five-hour response time is not always going to be feasible or reasonable, and FINRA does not waive its rights, or consent or agree to your request, by its delay in responding.

Regards,

**Walter Judge** | Director, Litigation Group
199 Main Street, PO Box 190, Burlington, VT 05402-0190
Direct: 802.846.8326 · Main: 802.863.2375 · Mobile: 802.343.6887 · Email: wjudge@drm.com
LinkedIn · Twitter · YouTube · Lex Mundi · Food & Beverage Law Blog



**From:** SCT <SCT545@proton.me>
**Sent:** Thursday, August 22, 2024 11:11 AM
**To:** arosenblum@dinse.com; JBARNARD@DINSE.COM
**Cc:** jeff.goldman@morganlewis.com; felipe.escobedo@morganlewis.com; Walter Judge <WJudge@drm.com>
**Subject:** [EXT] Does anyone oppose an extension of time to 17 September for all parties in Traudt v. Rubenstein

Defense Attorneys:

I've attached an unsigned PDF in this matter that would allow everyone to have until 17 September 2024 to respond to my complaint.

If anyone objects, let me know by the end of the day please.

1