UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT,<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ARI RUBINSTEIN,<br>GTS SECURITIES LLC,<br>GTS EQUITY PARTNERS LLC,<br>GTS EXECUTION SERVICES LLC,<br>CHARLES W. SCHWAB AND CO. INC.,<br>SCHWAB HOLDINGS, INC.,<br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY,<br><br>　　　　　Defendants,<br><br>GARY GENSLER,<br>US SECURITIES AND EXCHANGE<br>COMMISSION,<br>　　　　　Respondent | Docket No. 2:24-cv-782 |

### ***ASSENTED-TO* MOTION TO EXTEND DEADLINES**

Defendants Charles W. Schwab and Co. Inc. and Schwab Holdings, Inc. (together, "Schwab"), through counsel, move to extend two response deadlines. Schwab filed its Motion to Stay In Favor of Arbitration on August 14, 2024. Doc. 8. On August 26, 2024, Plaintiff requested, and Schwab assented to, an extension of Plaintiff's deadline to respond to the Motion to Stay In Favor of Arbitration until **September 17, 2024.** The requested extension accounts for the time required for hard-copy service of the Motion to Stay in Favor of Arbitration to reach Plaintiff.

Schwab also requested, and Plaintiff assented to, an extension of Schwab's deadline to respond to the Amended Complaint until **October 7, 2024**. This

sequencing of the briefing will promote the efficiency of the proceedings by ensuring the Court has an opportunity to rule on Schwab's Motion to Stay In Favor of Arbitration before a Motion to Dismiss is fully briefed.

For the foregoing reasons, Schwab hereby requests that the Court grant this motion and extend the deadline for Plaintiff to oppose the Motion to Stay In Favor of Arbitration until **September 17, 2024**, and the deadline for Schwab to respond to the Amended Complaint until **October 7, 2024**.

Dated at Burlington, Vermont this 27th day of August, 2024.

*/s/Justin Barnard*
Justin B. Barnard, Esq.
Anne B. Rosenblum, Esq.
DINSE P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05402
802-864-5751
jbarnard@dinse.com
arosenblum@dinse.com

*Counsel for Defendant Charles W. Schwab and Co. Inc. and Schwab Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, the foregoing **Assented-To Motion to Extend Deadlines** is being filed through the CM/ECF system and that a copy of the same will be sent electronically to all registered participants.  A copy of the above-referenced documents will also be sent to the Plaintiff at the following mailing address and email address

> Scott Traudt
> 191 Kibling Hill Road
> Strafford, VT 05072
> sct545@proton.me

>                    /s/Justin Barnard
> Justin B. Barnard, Esq.
> Anne B. Rosenblum, Esq.
> DINSE P.C.
> 209 Battery Street, P.O. Box 988
> Burlington, VT 05402
> 802-864-5751
> jbarnard@dinse.com
> arosenblum@dinse.com
>
> *Counsel for Defendant Charles W. Schwab and Co. Inc. and Schwab Holdings, Inc.*