UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ARI RUBINSTEIN, )<br>GTS SECURITIES, LLC, )<br>CHARLES W. SCHWAB & CO., INC., )<br>FINANCIAL INDUSTRY )<br>REGULATORY AUTHORITY, and )<br>GARY GENSLER, )<br>)<br>    Defendants. ) | Case No. 2:24-cv-00782 |

## DECLARATION OF WALTER E. JUDGE

I, Walter E. Judge, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements made herein are based on my personal knowledge. I am an attorney at the law firm Downs Rachlin Martin PLLC, representing Defendant Financial Industry Regulatory Authority ("FINRA") in the above-captioned matter. I offer this Declaration in support of FINRA's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Defendants' Motions to Dismiss and to Compel Arbitration in *Alain Hensley v. TD Ameritrade Inc. et. al.*, Case No. 3:23-cv-05159-DGE (D. Wash. Oct. 2, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this, the 16th day of September, 2024, in Burlington, Vermont.

                                                             /s/ Walter E. Judge
                                                             Walter E. Judge