UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCOTT TRAUDT, <br> Plaintiff <br><br> v. <br><br> ARI RUBENSTEIN <br> Defendant <br><br> GTS SECURITIES LLC <br> GTS EQUITY PARTNERS LLC <br> GTS EXECUTION SERVICES LLC <br> Defendant <br><br> CHARLES W. SCHWAB AND CO. INC. <br> SCHWAB HOLDINGS, INC. <br> Defendant <br><br> FINANCIAL INDUSTRY <br> REGULATORY AUTHORITY <br> Defendant <br><br> GARY GENSLER <br> US SECURITIES AND EXCHANGE <br> COMMISSION <br> Respondent | Docket Number: 2:24-cv-782 <br> **JURY TRIAL DEMANDED** <br><br> 1st Amended Complaint |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF SCOTT TRAUDT'S MOTION TO DISMISS RESPONDENT
SECURITIES AND EXCHANGE COMMISSION CHAIRMAN GARY GENSLER
FROM 1ST AMENDED COMPLAINT AND TO WITHDRAW MOTION FOR
WRITE OF MANDAMUS**

NOW COMES Plaintiff Scott Traudt ("Traudt") in the above-captioned matter and does motion this court the following which is agreed to by the Securities and Exchange Commission ("SEC").

1. Pursuant to FRCP41(a)(1)(A)(i) Dismiss Respondent Gary Gensler and all claims made against the Securities and Exchange Commission in Traudt's **1st Amended Complaint**

1

2. Dismiss without prejudice Traudt's **Motion for a Proposed Writ of Mandamus**. Traudt argues that in the interests of judicial economy, this makes sense at this juncture as it will not force the SEC to expend resources on opposing a complaint for which Traudt is not seeking damages against them, and if Traudt successfully navigates the various motions to dismiss and for arbitration the Writ of Mandamus can be addressed later and against the proper individual who is currently not a part of these proceedinsg.

Dated: September 18, 2024

/s/ Scott Traudt

Scott Traudt, *pro se ipso*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to all named defendants and respondent at the addresses delineated below either by 1st Class mail or via email on this 18 day of September, 2024.

/s/ Scott Traudt

SCOTT TRAUDT

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan R. Voegele, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Aaron T. Morris, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan Miller, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**Ari Rubenstein/GTS Securities LLC** Atty. Stephen Fraser, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**FINRA** Atty. Walter Judge, DRM, 199 Main St. POB 190 Burlington VT 054020-190

**FINRA** Atty. John P. Mitchell, Faegre, Drinker, Biddle & Reath LLP 105 College Road East 105 College Road East, POB 627 Princeton NJ 08542-0627

**Schwab** Atty. Justin Barnard, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Anne B. Rosenblum, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Felipe Escobedo, Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

**Schwab** Atty. Jeff Goldman Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

**SEC** Atty. Mike Bailey 100 F Street, NE Washington, D.C. 20549