# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT, )<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>ARI RUBINSTEIN, )<br>GTS SECURITIES LLC, )<br>GTS EQUITY PARTNERS LLC, )<br>GTS EXECUTION SERVICES LLC, )<br>CHARLES W. SCHWAB AND CO. INC., )<br>SCHWAB HOLDINGS, INC., )<br>FINANCIAL INDUSTRY REGULATORY )<br>AUTHORITY, )<br>    Defendants, )<br>)<br>GARY GENSLER, )<br>US SECURITIES AND EXCHANGE )<br>COMMISSION, )<br>    Respondent )<br>) | Case No. 2:24-cv-782 |

**DECLARATION OF**
**JEFF GOLDMAN, ESQ. IN SUPPORT OF DEFENDANTS**
**CHARLES SCHWAB & CO., INC. AND SCHWAB HOLDINGS, INC.'S**
**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

I, Jeff Goldman, do hereby declare as follows:

  1.  I am of counsel at Morgan, Lewis & Bockius LLP, counsel for Defendant Charles Schwab & Co., Inc. ("C.S. & Co."), and have personal knowledge of the facts contained herein.

  2.  I submit this Declaration for the purpose of providing material in support of C.S. & Co. and its parent Defendant Schwab Holdings, Inc.'s ("CSH," and

1

together with C.S. & Co., "Schwab") Response to Plaintiff's Motion for Extension of Time.

    3.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a September 14, 2024 email exchange between Plaintiff Scott Traudt, myself, and Schwab's other attorneys of record in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 18, 2024

                                    /s/ Jeff Goldman
                                    Jeff Goldman