# EXHIBIT 1

# Escobedo, Felipe

| | |
|---|---|
| **From:** | Goldman, Jeff |
| **Sent:** | Saturday, September 14, 2024 9:41 AM |
| **To:** | 'Scott'; JBARNARD@DINSE.COM; arosenblum@dinse.com; Escobedo, Felipe |
| **Subject:** | RE: Extension of time for cause in opposing motion to stay from Schwab |

Good morning, Mr. Traudt.  If you need more time to write your opposition brief, we would be willing to agree to a short additional extension as long as our responsive pleading deadline is also extended by the same number of days.  However, I do not think that your customer service messages with Schwab or TDA have anything to do with the enforcement of your arbitration agreements, and I cannot agree to any delay that is based on their availability or non-availability.

Best,

**Jeff Goldman**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.951.8941 | Main: +1.617.341.7700 | Fax: +1.617.341.7701
jeff.goldman@morganlewis.com | www.morganlewis.com



---

**From:** Scott <SCT545@proton.me>
**Sent:** Saturday, September 14, 2024 7:37 AM
**To:** JBARNARD@DINSE.COM; arosenblum@dinse.com; Escobedo, Felipe <felipe.escobedo@morganlewis.com>; Goldman, Jeff <jeff.goldman@morganlewis.com>
**Subject:** Extension of time for cause in opposing motion to stay from Schwab

[EXTERNAL EMAIL]
Hello folks:

I need a few extra days to respond to Schwab's motion to stay as I went to my account and none of my messages back and forth from me to TDA revolving around the MMTLP issues are there any more. By rule Schwab has to maintain them in an easily accessible place for 2 years. I'd like to have them. I messaged Schwab to repopulate the account.

If you guys could motivate your client to dump them in quickly I'd appreciate it.

Please call if you have any questions.

Thanks,

Scott
802-318-0429


Sent with Proton Mail secure email.