**[5] Extension of time for cause in opposing motion to stay from Schwab**

Appendix A

From: sct545 <SCT545...
To: JBARNARD@DINSE...

Hello folks:

I need a few extra days to respond to Schwab's motion to stay as I went to my account and none of my messages back and forth from me to TDA revolving around the MMTLP issues are there any more. By rule Schwab has to maintain them in an easily accessible place for 2 years. I'd like to have them. I messaged Schwab to repopulate the account.

If you guys could motivate your client to dump them in quickly I'd appreciate it.

Please call if you have any questions.

Thanks,

Scott
802-318-0429


Sent with Proton Mail secure email.

700.63 KB  1 file attached

Screenshot 2024-09-14 at 7.31.18 AM.png   700.63 KB



Good morning, Mr. Traudt. If you need more time to write your opposition brief, we would be willing to agree to a short additional extension as long as our responsive pleading deadline is also extended by the same number of days. However, I do not think that your customer service messages with Schwab or TDA have anything to do with the enforcement of your arbitration agreements, and I cannot agree to any delay that is based on their availability or non-availability.

Best,

**Jeff Goldman**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.951.8941 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

jeff.goldman@morganlewis.com | www.morganlewis.com







Schwab told me they deleted all my emails from when I was with TDA. I conside this speciation and destruction of evidence. My sense is they also deleted audio recordings critical to my case in or out of arbitration.

If you guys don't think this important or want to consult with your clients about this let me know either way. As it stands I'll be in court at 9am to seek an emergency stay of proceedings on these grounds.

Thanks,

Scott Traudt
802 318 0429

Sent from Proton Mail Android

29.78 KB   1 embedded image

image001.jpg   29.78 KB

**From:** Scott <SCT545@proton.me>
**Sent:** Monday, September 16, 2024 9:43 AM
**To:** Goldman, Jeff <jeff.goldman@morganlewis.com>; JBARNARD@DINSE.COM; arosenblum@dinse.com; Escobedo, Felipe <felipe.escobedo@morganlewis.com>
**Subject:** Re: RE: Extension of time for cause in opposing motion to stay from Schwab

Last chance – can you guys please confirm that my audio recordings with Fleming no longer exist? These were the 20 March 2023 recordings regarding MMTLP.

Thank,
Scott Traudt
802 318 0429

Sent from Proton Mail Android

-------- Original Message --------



Mr. Traudt, I do not know the answer to this or any of your other questions about documents. I do know that you agreed comprehensively to arbitrate any disputes you might have with Schwab, including any dispute as to the scope or enforceability of your arbitration agreement. Any requests you may wish to make for discovery of documents can be addressed if and when you file an arbitration claim.


Best regards,


**Jeff Goldman**

**Morgan, Lewis & Bockius LLP**

One Federal Street | Boston, MA 02110-1726

Direct: +1.617.951.8941 | Main: +1.617.341.7700 | Fax: +1.617.341.7701

jeff.goldman@morganlewis.com | www.morganlewis.com



From: sct545 <SCT545@proton.me>   11:14 AM
To: Goldman, Jeff, JBARNARD@DINSE.COM, arosenblu...

Your client has admitted to destroying evidence. Unless you make a move to restore the documents and audios I will consider it destroyed. It would have been admissible in arbitration and litigation.

I'll assume your answer is simply that no effort will be made on Schwab's part and thus I'll consider it as destroyed as per the email.

Scott

Sent from Proton Mail Android

29.78 KB  1 embedded image

image001.jpg  29.78 KB