# Appendix D

ENVIRONMENT: MOBI@AMER.OAUTHAP
CHOOSE_A_TOPIC: Client services
INQUIRY: Account history

---

TD Ameritrade:
12/16/2022

I am revising my offer to sell each individual share of MMTLP (you now have it listed in my account with a placeholder number of some kind) at $5,000 per share. that offer ends today. My understanding that there is a "gray" and potentially soon to be "black" market in these securities as it appears that even with the 9 December 2022 U3 trade halt in MMTLP authorized by FINRA, there continues to be MMTLP shares being borrowed for shorting at other brokerages.

Should anyone be seeking to buy MMTLP shares to cover their short positions, be advised TDA can purchase my shares for reselling at the following schedule:

$5,000 per share until 11:59PM EST tonight 16 December 2022.

After the time above:

$7,500 per share until 11:59PM EST 23 December 2022.

10,000 per share until 11:59PM EST 29 December 2022.

After that 29 December opportunity has passed, I will not sell my shares at the above grossly discounted rate to anyone.

Cheers,

Scott Traudt