# Appendix E

  Live Chat   — ✕

> Thanks for your patience, Cedric! I may be able to find messages that had attachments (forms/letters/etc.) but not messages that were between yourself and an agent.

Monica M, 12:48 PM

> that is a little weird. I had threads with questions regarding ticker $MMTLP, can you find these messages?

12:49 PM

> The only message I was able to find was your account transition (to Schwab) letter.

Monica M, 12:52 PM

## Live Chat

**Thanks for using Schwab Chat! My name is Monica out of St. Louis, Missouri. How can I help today, Cedric?**

Monica M, 12:40 PM

> Hi, i am trying to access older messages I had in my account that got lost during the transition from TD
>
> 12:41 PM

**do you have any records from the older messages?**

12:41 PM

What can I help you with?

Hi Scott, During the transition from TD to Schwab , they deleted all the correspondence I had with them , mostly related to MMTLP, they mentioned that there is no way for me to get these messages back. Cedric Asensio, 9454 Cobblecrest Dr, Highlands Ranch, CO 80126.