# Appendix G

## **AFFIDAVIT**

STATE OF ____Florida_____

COUNTY OF _Hillsborough County_____

BEFORE ME, the undersigned authority, personally appeared ____TD Ameritrade_____, who, being duly sworn by me, deposed and said:

1. I, ____Gwendolyn Y. Mickens____ am over the age of eighteen (18) years, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

2. My address is: 4318 Cross Ridge Ct., Valrico, FL 33594.

3. I am a shareholder in MMTLP security, which I purchased through TD Ameritrade, INC. on or about. 10-17-2022.

4. On _12-12-2022 at 9:12 a.m. and on _12-13-2022 at 10:08 a.m. __, TD Ameritrade, INC. informed me that even if FINRA ordered trading to resume in MMTLP, Schwab would not allow me to trade it in my account.

6. I have attached the following documents to this affidavit as Exhibits and they are described as follows:

   Exhibit A: [Describe the document, e.g., "a copy of the communication from Charles Schwab and Co. received on [Date]"].

   Exhibit B**: [Describe any other attached documents, if applicable].

8. I understand that I am signing this affidavit under pains of perjury and that all of the foregoing is truthful.

SIGNATURE: *Gwendolyn Yvette Mickens*
[Your Full Name]

SWORN TO AND SUBSCRIBED BEFORE ME on this 20 day of September, 2024, by _Gwendolyn Y. Mickens_____, who is personally known to me or has produced as identification a _____FL DL_____.

NOTARY PUBLIC SIGNATURE: *Ashley John*

PRINTED NAME: Ashley Johnson
MY COMMISSION EXPIRE: 02.13.2028

ASHLEY JOHNSON
Notary Public - State of Florida
Commission # HH 492016
My Comm. Expires Feb 13, 2028

## AFFIDAVIT

STATE OF New York

COUNTY OF Erie

BEFORE ME, the undersigned authority, personally appeared Anthony Erbacher, who, being duly sworn by me, deposed and said:

1. I, Anthony Erbacher am over the age of eighteen (18) years, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.

2. My address is: 24 Huntington ct, Amherst, NY 14221.

3. I am a shareholder in MMTLP security, which I purchased through Charles Schwab and Co. on or about 3/4/2021 – 12/6/2022.

4. On 12/11/2022, Charles Schwab and Co. informed me that even if FINRA ordered trading to resume in MMTLP, Schwab would not allow me to trade it in my account.

6. I have attached the following documents to this affidavit as Exhibits and they are described as follows:

   Exhibit A: A copy of the communication from Charles Schwab and Co. through Schwab's live chat feature on 12/11/2022.

8. I understand that I am signing this affidavit under pains of perjury and that all of the foregoing is truthful.

SIGNATURE: _____
[Your Full Name]

SWORN TO AND SUBSCRIBED BEFORE ME on this 14th day of August, 2024, by
Anthony Erbacher_____, who is personally known to me or has produced as
identification a NY State Driver License

NOTARY PUBLIC SIGNATURE: _____

PRINTED NAME: Stephanie E Schmied
MY COMMISSION EXPIRE: 06/13/2027

STEPHANIE E SCHMIED
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01SC000951
COMM. EXP. 06/13/2027

 **Assistant**

) Refresh    Help    ↓ Export    Print

📧 Live Chat    — ✕

for you.

Inez E, 5:10 PM

ty

5:12 PM

You are very welcome. Thank you for your patience Anthony. I have confirmed that Schwab is no longer trading this security after 12/8/2022. Going forward no orders will be accepted at Schwab for this security MMTLP.



Inez E, 5:12 PM

For more information on this share

What can I help you with?

 **Live Chat**  

5:17 PM

This was a business decision by upper management. The only information we have is that Schwab will not be trading this security even if FINRA does allow trading to resume. Right now the asset is halted for trading.

Inez E, 5:17 PM

Was there anything else I could assist you with today Anthony?

Inez E, 5:19 PM


What can I help you with?

 

**Assistant** ⊕

↻ Refresh   ⊞ Help   ↓ Export   ◻ Print

 **Live Chat** ✕

Inez E, 5:23 PM

The information provides was that
As of 12/09 FINRA has halted
MMTLP due to the upcoming
Corporate Action
o   https://otce.finra.org
/otce/tradingHalts

Inez E, 5:23 PM

Yes but. you just said even if the
halt was removed Schwab would
not allow trading

5:24 PM



Refresh    Help    Export    Print

💬 **Live Chat**    —    ✕

Yes but. you just said even if the halt was removed Schwab would not allow trading

5:24 PM

That is correct. I have confirmed that this was the guidelines set by Schwab going forward.



Inez E, 5:25 PM

I have saved conversations from representatives on thursday where they informed me I would be able to sell my shares through the 12th.

5:25 PM