# Appendix B



| | Quantity | Symbol | Price type | Term | Price | Reasons |
|---|---|---|---|---|---|---|
| | 4,145 | MMTLP | Limit | GT 60 | 1,500.00 | Too Late To Cancel |
| | 5 | MMTLP | Limit | GT 60 | 24,994.02 | Too Late To Cancel |
| | 375 | MMTLP | Limit | GT 60 | 9,698.24 | Too Late To Cancel |
| | 250 | MMTLP | Limit | GT 60 | 4,874.01 | Too Late To Cancel |
| | 450 | MMTLP | Limit | GT 60 | 2,479.49 | Too Late To Cancel |

**What is...?**
**Too Late To Cancel**
The request to cancel is received and the order is no longer able to be canceled. The order has already been executed or is in the process of executing.

| Order type | Quantity | Symbol | Price type | Term | Price | Reasons |
|---|---|---|---|---|---|---|
| Sell | 836 | MMTLP | Limit | GT 60 | 2,150.00 | Too Late To Cancel |
| Sell | 1,500 | MMTLP | Limit | GT 60 | 1,468.00 | Too Late To Cancel |
| Sell | 1,555 | MMTLP | Limit | GT 60 | 298.00 | Too Late To Cancel |

| | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|
| ls | | All | Rejected | All | 50 | Apply filters |

| Order type | Quantity | Symbol | Price type | Term | Price | Reasons |
|---|---|---|---|---|---|---|
| Sell | 3,570 | MMTLP | Limit | GT 60 | 909.00 | Too Late To Cancel |
| Sell | 184 | MMTLP | Limit | GT 60 | 2,400.00 | Too Late To Cancel |
| Sell | 700 | MMTLP | Limit | GT 60 | 1,500.00 | Too Late To Cancel |
| Sell | 500 | MMTLP | Limit | GT 60 | 500.00 | Too Late To Cancel |
| Sell | 100 | MMTLP | Limit | GT 60 | 1,200.00 | Market Reject |
| Sell | 300 | MMTLP | Limit | GT 60 | 900.00 | Market Reject |

**Help Center**
Questions? Call 1-800-ETRADE-1 (1-800-387-2331)

A|B|C|D|E|F|G|H|I|J|K|L|M|N|O|P|Q|R|S|T|U|V|W|X|Y|Z|
1|3|4|5

**Too Late To Cancel**
The request to cancel is received and the order is no longer able to be canceled. The order has already been executed or is in the process of executing.

Definitions by InvestorWords.com
Copyright ©2009 by InvestorGuide.com
All Rights Reserved

† = Share-weighted