# Appendix D

## Account Inquiry

Date: 01/28/2024   Account: Individual ...548   Category: Customer Service

From: SCOTT TRAUDT

Message #: 002DJaJTJGBBUYTH

1 document

- Traudt_TDA_Message_3_first_half.png

Hello - I would like to get a playback of a March 20, 2023 conversation I had with broker Cameron Fleming played back for me on Monday, February 12th sometime in the afternoon. The conversation started at around 455pm EST and ended about 10 minutes later. I have some concerns about issues associated with my account after that phone call.

Thanks,
Scott Traudt
802-318-0429
Strafford VT

Close

## Account Inquiry Follow Up

Date: 01/31/2024   Account: Individual ...548   Category: Customer Service

From: Schwab Client Service

Message #: 06RNXHK5MX00NKPG

Dear Mr. Traudt,

Thank you for your inquiry regarding wanting a playback of a conversation you had with a representative from last year. Regarding that phone call from March 20th, 2023 what specific questions in that call do you need more information on or what are your concerns? While we cannot provide a playback of the conversation, we can address any issues you have.

If you have any further questions, please start a live chat on Schwab.com or reply to this secure message. Our representatives are available at any time to assist you. We greatly appreciate your business.

Sincerely,

Jonathan Hayes
Services Representative
Client Service & Support
1-800-435-4000

All interactions are subject to recordkeeping and monitoring. The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), offers investment services and products, including Schwab brokerage accounts. Its banking subsidiaries, Charles Schwab Bank, SSB (Member FDIC and an Equal Housing Lender), Charles Schwab Premier Bank, SSB (Member FDIC) and Charles Schwab Trust Bank (Member FDIC), provide deposit and lending services and products. Investment Products: Not FDIC Insured • No Bank Guarantee • May Lose Value

Guard against identity theft by avoiding email and Internet fraud: Be aware that Schwab will never request or disclose your personal information account number, login password, Social Security Number) in either a non-secure or unsolicited email communication.