# Appendix E

**Client services - Other**



From: Message Center Client Services
To: scott545303
Date: 3:24pm ET 12/12/2022

Hello Mr. Traudt,

TD Ameritrade has been provided the following information below regarding Meta Materials Inc. (MMTLP) and the announced corporate action to exchange shares of MMTLP for shares of Next Bridge Hydrocarbons, Inc. common stock.

The following information has been retrieved via FINRA notice dated 12/8/22:

MMTLP shareholders with settled positions as of 12/12/22 will receive one (1) share of Next Bridge Hydrocarbons, Inc. for every one (1) share of MMTLP held. Purchases of MMTLP executed after 12/8/22 will not receive the distribution. Will not be quoted Ex. Symbol: MMTLP will be deleted effective 12/13/22.

Meta Materials Inc. is going through an exchange

Ratio: 1:1
New Name: Next Bridge Hydrocarbons, Inc.
New Ticker/CUSIP: N/A. The new shares will not trade publicly.
Anticipated swing date: 12/14/2022

Please note that this is a fluid situation and that information may be subject to change at any time. TD Ameritrade has not been provided any additional information beyond what is provided above. We are not able to speculate regarding the handling of short positions as TD Ameritrade has not received any information on the topic. MMTLP is not available to borrow through TD Ameritrade.

For additional information and updates on this corporate action, as well as trading and quotation halt, please refer to the links below to the company's Investor Relations page and FINRA website:

https://investors.metamaterial.com/news
https://otce.finra.org/otce/dailyList
https://www.finra.org/sites/default/files/2022-12/UPC-35-2022-MMTLP%28Halt%29_2.pdf

Sincerely,

Dustin H.
Client Services

TD Ameritrade
1-800-669-3900

TD Ameritrade, Inc., member FINRA/SIPC. Not an offer or solicitation to conduct business in any jurisdiction where we are not authorized to do business. Communications may be subject to review.