# Appendix J

## Charles Schwab: Follow up

Date: 09/18/2024   Account: Individual ...548   Category: Customer Service

From: Schwab Client Service

Message #: 06919NK6UYEN6YSA

Dear Scott Traudt,

Good morning!

We received your message regarding messages and audio recordings transitioning from TD. I am sorry you were misinformed, but messages were not intended to transfer, and communication was sent to suggest saving them in advance of the transfer.

While we do retain messages and audio recordings internally, they are not generally available for clients. That may be where the miscommunication happened. We could access them if there was a business need, such as a trade dispute.

If you would like to speak to a supervisor over the phone, then you will want to call the main line to be transferred to the Supervisor hotline. Please call 800-435-4000, if you would like to discuss this further.

We are grateful for your business! Know that we are here 24 hours a day to help and please have a wonderful day!

Sincerely,

Stacie Haden
eServices Supervisor
Client Service & Support
1-800-435-4000

All interactions are subject to recordkeeping and monitoring. The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), offers investment services and products, including Schwab brokerage accounts. Its banking subsidiaries, Charles Schwab Bank, SSB (Member FDIC and an Equal Housing Lender), Charles Schwab Premier Bank, SSB (Member FDIC) and Charles Schwab Trust Bank (Member FDIC), provide deposit and lending services and products.