# Appendix M

| | A | B | C | E | F |
|---|---|---|---|---|---|
| 120 | 7/31/2021 | PWOD | 53775 | PENNS WOODS BANCORP INC | BBG000BR1RX0 |
| 121 | 7/31/2021 | FRAF | 53648 | Franklin Finl Svcs | BBG000BS57C1 |
| 122 | 7/31/2021 | HOFV | 53541.09 | HALL OF FAME RESORT ENTERTAINMENT | BBG00QFP5QR8 |
| 123 | 7/31/2021 | CELC | 53225 | CELCUITY INC | BBG00HKBW0Q1 |
| 124 | 7/31/2021 | MITT | 53128.6 | AG MORTGAGE INVESTMENT TRUST REIT | BBG001KKKYP6 |
| 125 | 7/31/2021 | PBPB | 52815.88 | POTBELLY CORP | BBG0056HTPR8 |
| 126 | 7/31/2021 | CWBC | 52588.8 | Community West Bancshares | BBG000JF5Q93 |
| 127 | 7/31/2021 | ASLE | 52475.28 | AERSALE CORP | BBG00R2MWRL1 |
| 128 | 7/31/2021 | PTSI | 52467.36 | PAM TRANSPORTATION SERVICES INC | BBG000BRQM91 |
| 129 | 7/31/2021 | MMTLP | 52426.44 | META MATLS PREF INC | BBG012YNQGL9 |
| 130 | 7/31/2021 | MN | 52311.12 | MANNING AND NAPIER INC CLASS A | BBG001VGY0R0 |
| 131 | 7/31/2021 | FNCH | 52168.22 | FINCH THERAPEUTICS GROUP INC | BBG00ZGYN7R0 |
| 132 | 7/31/2021 | CZWI | 52004.16 | Citizens Cmnty Ban | BBG000NFL78 |
| 133 | 7/31/2021 | UNTY | 51934.41 | Unity Bancorp Inc | BBG000K0L0R3 |
| 134 | 7/31/2021 | SD | 51798 | SANDRIDGE ENERGY INC | BBG000RKR5X8 |
| 135 | 7/31/2021 | TSHA | 51670.35 | TAYSHA GENE THERAPIES INC | BBG00X3J3598 |
| 136 | 7/31/2021 | AKYA | 51656 | AKOYA BIOSCIENCES INC | BBG00ZV1MVM6 |
| 137 | 7/31/2021 | INMB | 51604.84 | INMUNE BIO INC | BBG00LW94LN2 |
| 138 | 7/31/2021 | VOR | 51551.7 | VOR BIOPHARMA INC | BBG00YYCY3F1 |
| 139 | 7/31/2021 | OPTN | 51394.75 | Optinose Inc | BBG00HS39GR1 |
| 140 | 7/31/2021 | ATNM | 51039.03 | ACTINIUM PHARMACEUTICALS INC | BBG000RQZ2N4 |
| 141 | 7/31/2021 | ATNF | 51002.98 | 180 LIFE SCIENCES CORP | BBG00H1CP0N1 |