# Appendix N

## Fixed Income Committee

^ Back to top

The Fixed Income Committee is composed of member firm representatives. The committee advises and makes recommendations to FINRA about regulatory initiatives, rules and policies and public policy issues involving debt securities, including municipal securities and municipal advisory activity. The committee addresses a broad range of issues concerning fixed income transactions, fixed income market participants, transaction reporting, transparency and pricing, suitability, advertising and disclosure, debt mark-ups and commissions, conflicts of interest, debt research, and training and supervision of persons engaged in debt securities business activities.

**Committee Members:**

Vivian Altman
Janney Montgomery Scott LLC

Jacqueline Beauprez
D.A. Davidson Companies

Cathy Bell
Stern Brothers & Co.

Mark Borrelli
Huntington Securities, Inc.

Joanna Brody
Piper Sandler & Co.

A. Brad Busscher
InspereX LLC

Merlin Elsner
Multi-Bank Securities, Inc.

Johanna Frebes
Keybanc Capital Markets Inc.

Gary Hall
Siebert Williams Shank & Co., LLC

Chris Kendall
Charles Schwab & Co. Inc.

Robert Lewis III
PMA Securities, LLC

Marjan Quadir
Citigroup Capital Markets Inc.

**FINRA Staff Liaisons:**
Cynthia Friedlander
Adam Kezsbom

Membership effective June 1, 2022

