# United States District Court

**OFFICE OF THE CLERK**

District of Vermont

Federal Building

**BURLINGTON, VERMONT 05402-0945**

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

☐ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

**JEFFREY S. EATON**
CLERK

September 26, 2024

Scott Traudt
191 Kibling Hill Road
Strafford, VT 05072
Jonathan Miller, Esq.

Jonathan Miller, Esq.
Stephen Fraser, Esq.
Williams Barber Morel Ltd
Willis Tower, Suite 6800
233 South Wacker Drive
Chicago, IL 60606

Jonathan Voegele, Esq.
Morris Kandinov LLP
305 Broadway, 7th Floor
New York, NY 10007

Anne Rosenblum, Esq.
Justin Barnard, Esq.
Dinse P.C.
209 Battery Street
PO Box 988
Burlington, VT 05402-0988

Walter Judge, Jr.
Downs Rachlin Martin PLLC
199 Main Street
PO Box 190
Burlington, VT 05402-01930

RE:   *Traudt v. Rubenstein, et al*
      Docket No. 2:24-cv-782

Dear Counsel:

The stipulated discovery schedule required by Local Rule No. 26(a)(1) and (2) has not been filed in the above-cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

Sincerely,

*Jennifer B. Ruddy*
Select Your Title
(802) 951-6395 ext. 127