# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

|  |  |
|---|---|
| SCOTT TRAUDT,<br>　　　　　　　Plaintiff,<br>v.<br><br>ARI RUBENSTEIN, GTS SECURITIES LLC, GTS EQUITY PARTNERS LLC, GTS EXECUTION SERVICES LLC, CHARLES W. SCHWAB AND CO. INC., SCHWAB HOLDINGS, INC., and FINANCIAL INDUSTRY REGULATORY AUTHORITY,<br>　　　　　　　Defendants,<br>and<br><br>GARY GENSLER, US SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Respondents. | Docket No.: 2:24-cv-782<br><br>Judge Christina Reiss |

**INDEX OF EXHIBITS TO THE GTS DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE FIRST AMENDED COMPLAINT**

1. December 10, 2024 Statement by Scott Traudt
2. October 23, 2024 Statement by Scott Traudt
3. June 24, 2024 Statement by Scott Traudt
4. September 30, 2024 Statement by Scott Traudt
5. September 9, 2024 Statement by Scott Traudt
6. November 5, 2024 Statement by Scott Traudt
7. October 23, 2024 Statement by Scott Traudt
8. October 14, 2024 Statement by Scott Traudt
9. October 2, 2024 Statement by Scott Traudt

10. December 10, 2024 Statement by Scott Traudt

11. November 5, 2024 Statement by Scott Traudt

12. October 31, 2024 Statement by Scott Traudt