**Scott Traudt** ✓
@Greenhills303

Follow

#MMTLP #MMTLParmy #MMTLPfiasco #MMTLPfraud #FINRAfraud #FINRA

I am contemplating another ZOOM call as the last one successfully launched what has come to be known for no other reason than communications brevity as the 1209 group. Now we are going out hunting for smaller game, legally speaking. A few incendiary lawsuits have been filed nationwide, the statute of limitations is no longer an issue in 10 "safety valves," and the 2PCOWOM is under review by Brand-X.

Let me know as this time its about SEC 10b-5 "market manipulation" and "fraud by omission" lawsuits as promised against the space queens for leading people to locking up their shares in NBH (via AST) when they knew from their business and personal agreements with the Sacred Cow Force in Texas that NBH had wells with not enough oil to lubricate a bike chain. And some of the talking heads were connected to hedge funds, too, so who knows how we get paid when the dust settles.

But we will get paid.

We are also looking for a potential plaintiff to lead the fight in US District Court for the Northern District of California with a clone filing of the 2PCOWOM to make sure we have our bases covered and Brand-X has to defend in depth. A handoff to an attorney out there would be fine, so if you live in Frisco or Berkeley or that area, DM me.

12:45 PM · 12/10/24 · **2.3K** Views

💬 7      🔁 13      ♡ 44      🔖 3      ⬆️

**Most relevant replies** ⌄

. @GKap21 · 8h
Do you believe that people that have shares they transferred to AST have the potential to be reconciled as well?

💬 1      🔁      ♡      📊 317      🔖      ⬆️