**Scott Traudt** ✓
@Greenhills303

#MMTLP #MMTLPfraud #FINRAFRAUD Tomorrow AM, "SCORCHED EARTH" begins with something EVERY MMTLP shareholder can do, a template that at the moment is needing a few tweaks and then we are off to the races... It will be accompanied by a file explaining the how and why, but it hopefully accomplishes a few things: 1. Turns each MMTLP shareholder into a financial insurgent bringing the pain (and punching well above his or her weight in the process) to the broker-dealers  2. Allows MMTLP to spread the battlefield and attack on a massive front...breaches in the bad guys' defenses will appear that can be exploited 3. Catch the compliance offices at some broker-dealers with their pants down with a flank attack my instincts tell me they were not prepared for 4. Create the mass we need for a US District Court filing for that "Writ of Mandamus" written about in the "Demand Letter" that went to Schwab last week 5. Create a baseplate for any MMTLP savage to close to point-blank range with known and "to be determined" enemies in a US court at the time and place of his choosing - but before 8 December 2024 as I am utterly convinced SEC statute of limitations regs will blow you out of the water after 8 December 2024 - because he will have the ammunition he needs for his lawyers 6. Get any files or documents that are subject to the 3-year preservation rule as TRCH, MMAT, and MMTLP use the same identifier and TRCH docs may be useful in exposing more fraudsters so they can have their "cojones" sued off 7. Give Ari Rubinstein carpal tunnel syndrome from unscrewing antacid tablet bottles over and over again at a speed and frequency akin to a high-speed trading algo at GTS.

10:06 PM · 6/24/24 · **15K** Views

💬 15        🔁 77        ♡ 147        🔖 15        ⤴

**Most relevant replies** ⌄

**Patrick Dehkordi** ✓ @PatrickDehkordi · 6/25/24
Is SEC in on this "scorched earth" deal:
sec.gov/files/litigati...

💬        🔁        ♡        📊 125        🔖        ⤴

**Jalen J. Jalen** @DavidDi49963202 · 6/24/24