

**Scott Traudt** ✓
@Greenhills303

Follow

#MMTLP #MMTLPARMY #MMTLPFRAUD #MMTLPFIASCO

Just filed my objection to GTS/Rubenstein's Motion to Dismiss...caselaw states that even the SEC is not immune from the Sherman Antitrust Act, so why aren't GTS and other market makers treated as a monopoly when they act as a monopoly? So there's a claim in there under the Clayton Act. Triple damages if successful just like RICO. If I lose the RICO counts, we have multiple fall back positions against GTS.

You will notice that there is voluminous tracking of GTS' prior sins in this brief and the Executive Summary (top notch and graphic) done by the cruel and ambitious Marcos Montiero @marcosmonteiro should make your hair stand on end.

We are up against corruption and fraud that is breathtaking in its pervasiveness and mind numbing in the way fines and punishment even when caught red handed are handled.

Hang in there...the only way out is through.

drive.google.com/file/d/1cu4ewP…

Last edited 4:50 PM · 9/30/24 · **12K** Views

💬 39    🔁 267    ♥ 519    🔖 45    ⬆

**Most relevant replies** ⌄



**cassiusloẍlie** @CovertIntell · 9/30/24

Great job. As you saw my comments yesterday or the day before, MARKIT securities literally oversees every element of short selling, syndicates, etc.

It's up to you of course.

This is JPMX ATS, same thing as finra's most likely. I don't know what unwind risks means.. @jpmorgan