

**Scott Traudt** ✓
@Greenhills303

Follow

To be clear, they are aware now that I'm aiming to get all the rulings on FINRA out of the way as that will change the complexion of the battlefield in a multitude of ways.
If the judge grants it, GTS/Ari and Schwab are on the sidelines.

12:22 PM · 9/9/24 · **3.6K** Views

💬 9    🔁 87    ♥ 259    🔖 5    ⬆

**Most relevant replies** ⌄

**I'm from the future** @ELON_DJT · 9/9/24
Thank you Scott @Greenhills303 you are giving a hope for all suffering investors $mmtlp #finrafraud

💬    🔁 5    ♥ 34    📊 489    🔖    ⬆

**Pocahontas** @Tandysak · 9/9/24
You're absolutely killing it! Thanks from #MMTLP community.

💬 1    🔁 4    ♥ 37    📊 437    🔖    ⬆

**Grim Reaper** @CoreyDo48566851 · 9/10/24

GIF

💬    🔁    ♥    📊 15    🔖    ⬆

**Bud Fry** @BudFry65 · 9/10/24
The sidelines can be a dangerous spot Scott, NO WHERE to RUN or HIDE! $mmtlp