**Scott Traudt** ✓
@Greenhills303

Follow

#MMTLP #MMTLPfraud #MMTLParmy #MMTLPfiasco
Another ruling against me in *Traudt v. Rubenstein,* and yes you have to be precise. Read the sections of my 1st Amended Complaint (white) and then read the court's ruling. I did all but challenge FINRA's existence (and did challenge it in other filings) but here's the lesson kiddies: you have to throw everything in. I did not register on the target on FINRA cleanly, only on the oblique. If I missed the mark, I hit it in other filings anyway. But if this starts the process of amending the complaint for the next round, so be it. This is the arena we are fighting in.



10:35 AM · 11/5/24 · **3.7K** Views

💬 8      🔁 30      ♡ 89      🔖 4      ↑

**Most relevant replies** ⌄

**Dennis** @DennisTheArtist · 11/5/24
Thanks for trying, oh well, good effort Scott

💬 1      🔁      ♡ 1      📊 196      🔖      ↑

**Scott Traudt** ✓ @Greenhills303 · 11/5/24
It's not over dude, these aren't important motions. Wildcards.