**Scott Traudt** ✓
@Greenhills303

Follow

#MMTLPfiasco #MMTLP

I have to write a reply memo to Ari/GTS in the next few days. If I win that and we keep GTS in the crosshairs by surviving their motion to dismiss, @Ds00000Dj will have played a YUGE role in it. Top marks boys and girls, another one gets added to The Brain Trust. WOW.

"Do what you can, with what you have, where you are."

10:14 AM · 10/23/24 · **6.1K** Views

💬 8    🔁 56    ♥ 213    🔖 8

**Most relevant replies** ⌄

**PaulT** ✓ @PaulusGreatus · 10/23/24
Keep up the great work...and the fight!
💬    🔁 2    ♥ 34    📊 643    🔖

**$WULF** @mikests9 · 10/23/24
Lfg Scott
💬    🔁    ♥ 5    📊 456    🔖

**J Castillo** @MMTLPCastle · 10/23/24
Scott, thank you for leading the whole $MMTLP Community, of course guiding Nextbrige to launch their own lawsuit before the Statu of Limitations with your fillings.

