Scott Traudt ✓
@Greenhills303

Follow

#MMTLP $MMTLP #MMTLPfiasco #MMTLParmy #NakedShorts
"Scorched Earth Volume: 4 - MMTLPers move on FINRA's bluesheets in US District Court, Vermont."

"When the going gets weird, the weird turn professional." Hunter S. Thompson, *Fear and Loathing on the Campaign Trail '72*

Folks we made the move using a portion of the Federal Rules of Civil Procedure that were custom fit to our situation: the possible loss of evidence, all manner of treachery these last three years, yata yata...you all know the story.

The shot was there so we took it; hopefully the judge will be as fair as she was on 15 August 2024 in not stopping the case to allow Schwab to sideline me with a stoppage so they could file an arbitration motion. We have asked that the bluesheets and Draddy's emails be filed under seal to the court with affidavits attesting to their completeness and truthfulness, and its perfectly defensible. We can argue about admissibility at another time. But to get them off the FINRA reservation and into federal court custody would obviously benefit all of us.

So we are all gas and no brakes. Thanks to those who helped here: Julianne, Danny, "Super Texas," "Rikki Tikki," RareDD, "Special Ed," T "Wolfgang" Traudt, "Cactus Firefly," and of course, "The Redhead." Its always a group effort and if I left people out its because I haven't got immunity for them...yet. (Just kidding, Mr. Bluewindbreaker.)

Here ya go:

drive.google.com/file/d/1lqAoqd...

