UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SCOTT TRAUDT, <br> Plaintiff <br><br> v. <br><br> ARI RUBENSTEIN <br> Defendant <br><br> GTS SECURITIES LLC <br> GTS EQUITY PARTNERS LLC <br> GTS EXECUTION SERVICES LLC <br> Defendant <br><br> CHARLES W. SCHWAB AND CO. INC. <br> SCHWAB HOLDINGS, INC. <br> Defendant <br><br> FINANCIAL INDUSTRY <br> REGULATORY AUTHORITY <br> Defendant <br><br> GARY GENSLER <br> US SECURITIES AND EXCHANGE <br> COMMISSION <br> Respondent | Docket Number: 2:24-cv-00782 <br> **JURY TRIAL DEMANDED** <br><br> 2ND Amended Complaint |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF TRAUDT'S MOTION FOR AN EXTENSION OF TIME OF TWO DAYS TO RESPOND TO DEFENDANTS GTS AND RUBENSTEIN'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND THE 1ST AMENDED COMPLAINT

NOW COMES Plaintiff Scott Traudt in this matter and asks this court to allow him to submit his reply memorandum to GTS defendant's Response on 9 January 2025. For cause:

1. Plaintiff was without the use of the local law library at Vermont Law School until today as it was closed for break.

2. Plaintiff needs to shephardize the cases cited by GTS and cannot do so effectively using online resources.

1

3. The GTS Defendants are not prejudiced by a three day extension.

4. Plaintiff has emailed GTS attorney's with this request but have received no response.

Dated: January 6, 2025

Scott Traudt, *pro se ipso*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to all named defendants and respondent at the addresses delineated below either by 1st Class mail or via email on this 6th day of January, 2025.

SCOTT TRAUDT

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan R. Voegele, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Aaron T. Morris, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan Miller, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**Ari Rubenstein/GTS Securities LLC** Atty. Stephen Fraser, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**FINRA** Atty. Walter Judge, DRM, 199 Main St. POB 190 Burlington VT 054020-190

**FINRA** Atty. John P. Mitchell, Faegre, Drinker, Biddle & Reath LLP 105 College Road East 105 College Road East, POB 627 Princeton NJ 08542-0627

**Schwab** Atty. Justin Barnard, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Anne B. Rosenblum, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Felipe Escobedo, Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726