UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SCOTT TRAUDT,<br>   Plaintiff,<br><br>   v.<br><br>ARI RUBENSTEIN,<br>GTS SECURITIES LLC,<br>GTS EQUITY PARTNERS LLC,<br>GTS EXECUTION SERVICES LLC,<br>CHARLES W. SCHWAB AND CO. INC.,<br>SCHWAB HOLDINGS, INC.,<br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY,<br>   Defendants,<br><br>GARY GENSLER,<br>US SECURITIES AND EXCHANGE<br>COMMISSION,<br>   Respondent | Case No. 2:24-cv-782 |

**DECLARATION OF
FELIPE ESCOBEDO, ESQ. IN SUPPORT OF DEFENDANTS
CHARLES SCHWAB & CO., INC. AND SCHWAB HOLDINGS, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

I, Felipe Escobedo, do hereby declare as follows:

  1.  I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendant Charles Schwab & Co., Inc. ("C.S. & Co."), and have personal knowledge of the facts contained herein.

  2.  I submit this Declaration for the purpose of providing material in support of C.S. & Co. and its parent Defendant Schwab Holdings, Inc.'s ("CSH," and

1

together with C.S. & Co., "Schwab") Opposition to Plaintiff's Motion for Reconsideration.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a September 16, 2024 email exchange between Plaintiff Scott Traudt, myself, and Schwab's other attorneys of record in this matter.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a September 18, 2024 email exchange between Plaintiff Scott Traudt, myself, and Schwab's other attorneys of record in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 13, 2025

*/s/ Felipe Escobedo*
Felipe Escobedo