# EXHIBIT 2

# Escobedo, Felipe

| | |
|---|---|
| **From:** | Scott <SCT545@proton.me> |
| **Sent:** | Wednesday, September 18, 2024 6:50 PM |
| **To:** | Goldman, Jeff; JBARNARD@DINSE.COM; arosenblum@dinse.com; Escobedo, Felipe |
| **Subject:** | Motion for Sanctions |
| **Attachments:** | Stacie Hayden Scwab found audio.png |

[EXTERNAL EMAIL]
18 September 2024
Atty. Goldman:

I just received an email from your client Schwab saying they suddenly have the missing audio.

I have spent the last 3 days working on spoliation arguments, and per Schwab they did delete my emails - just not the audio. A supervisor emailed me. Or so they say.

Some of this could have been avoided if you acceded to just one of my multiple requests for you to contact your client and find out if the information was good or bad. You refused. Emails are still missing. And this was after I gave notice of suit on 20 December 2022.

At this juncture I need to have a certified audio copy of my 20 March 2023 conversation between myself and Ron Fleming to prove it hasn't been deleted and you are just playing for time and hoping arbitration's Draconian provisions preclude me getting the audio (which they will) or your motion to dismiss can get to the gate without the audio being forced to be produced. I am moving for sanctions and proceeding with the conclusive presumption that the audio has been lost per representations made by Schwab on 16 September 2024 until I am assured it exists with my own copy.

The Schwab supervisor maintains that I was told the emails would not make the "transition" from TDA to Schwab. Schwab bought TDA in 2020. They had 4 years to do the corporate sex change from TDA's version of ripping off its customers to Schwab's more ornate, southern-fried style of fraud, counterfeiting securities, overselling MMTLP into the 90 million plus stratosphere for a first ballot hall of fame entry... there was absolutely no legally defensible reason for any ESI not to migrate. Let me call the bullshit in the former proposition, though: I had conversations with Schwab personnel that said everything would be preserved. And it doesn't matter anyway: SEC Rule 17a-4 requires the records to be preserved as does FINRA Rule 4511. I'm moving for sanctions on your circus.

You just got to the "find out" part,

Scott Traudt
Strafford VT



Sent with Proton Mail secure email.

# Charles Schwab: Follow up ✕

Date: 09/18/2024    Account: Individual ...548    Category: Customer Service

From: Schwab Client Service

Message #: 06919NK6UYEN6YSA

Dear Scott Traudt,

Good morning!

We received your message regarding messages and audio recordings transitioning from TD. I am sorry you were misinformed, but messages were not intended to transfer, and communication was sent to suggest saving them in advance of the transfer.

While we do retain messages and audio recordings internally, they are not generally available for clients. That may be where the miscommunication happened. We could access them if there was a business need, such as a trade dispute.

If you would like to speak to a supervisor over the phone, then you will want to call the main line to be transferred to the Supervisor hotline. Please call 800-435-4000, if you would like to discuss this further.

We are grateful for your business! Know that we are here 24 hours a day to help and please have a wonderful day!

Sincerely,

Stacie Haden
eServices Supervisor
Client Service & Support
1-800-435-4000

All interactions are subject to recordkeeping and monitoring. The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (Member SIPC), offers investment services and products, including Schwab brokerage accounts. Its banking subsidiaries, Charles Schwab Bank, SSB (Member FDIC and an Equal Housing Lender), Charles Schwab Premier Bank, SSB (Member FDIC) and Charles Schwab Trust Bank (Member FDIC), provide deposit and lending services and products.