UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

```
*************************************
SCOTT TRAUDT,                         *
Plaintiff                             *
                                      *
v.                                    *   Docket Number: 2:24-cv-00782
                                      *   JURY TRIAL DEMANDED
ARI RUBENSTEIN                        *
Defendant                             *   2ND Amended Complaint
                                      *
GTS SECURITIES LLC                    *
GTS EQUITY PARTNERS LLC               *
GTS EXECUTION SERVICES LLC            *
Defendant                             *
                                      *
CHARLES W. SCHWAB AND CO. INC.        *
SCHWAB HOLDINGS, INC.                 *
Defendant                             *
                                      *
FINANCIAL INDUSTRY                    *
REGULATORY AUTHORITY                  *
Defendant                             *
                                      *
GARY GENSLER                          *
US SECURITIES AND EXCHANGE            *
COMMISSION                            *
Respondent                            *
                                      *
*************************************
```

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND INCREASE IN PAGE LIMIT FOR REPLY

NOW COMES the Plaintiff, Scott Traudt, and respectfully moves this Court for an Order extending the deadline for Plaintiff's reply to Defendant FINRA's objection to Plaintiff's motion to amend the complaint and increasing the page limit for Plaintiff's reply. Attorney Walter E. Judge, counsel for Defendant FINRA, has consented to this motion.

1. Background

1

Dated: January 26, 2025

Scott Traudt, *pro se ipso*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to all named defendants and respondent at the addresses delineated below either by 1st Class mail or via email on this 26th day of January, 2025.



SCOTT TRAUDT

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan R. Voegele, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Aaron T. Morris, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan Miller, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**Ari Rubenstein/GTS Securities LLC** Atty. Stephen Fraser, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**FINRA** Atty. Walter Judge, DRM, 199 Main St. POB 190 Burlington VT 054020-190

**FINRA** Atty. John P. Mitchell, Faegre, Drinker, Biddle & Reath LLP 105 College Road East 105 College Road East, POB 627 Princeton NJ 08542-0627

**Schwab** Atty. Justin Barnard, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Anne B. Rosenblum, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Felipe Escobedo, Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

**Schwab** Atty. Jeff Goldman Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

**SEC** Atty. Mike Bailey 100 F Street, NE Washington, D.C. 20549

3