# EXHIBIT A

1:36 LTE 70

x.com

**Scott Traudt**
@Greenhills303

Follow

#MMTLP #MMTLParmy #MMTLPfiasco #MMTLPfraud

FINRA's newest attorney in Traudt v. Rubenstein threatens me with sanctions if I use the subpoenas from the MMAT bankruptcy approved by a US District Court judge in Nevada last week aimed at FINRA, Schwab, TDA, others...

The issue is whether FINRA's Cook lied to Congress, whether Draddy committed perjury, and whether FINRA VP Patty Casimates violated 18 USCS 4 (Misprision of a felony).

[3] RE: [EXT] Subpoena in MMAT bankruptcy [DRM-DRM.FID1315806]

From mborick@drm.com Yesterday
To sct545, Walter Judge, john.mitchell@faegredrinker.com

Mr. Traudt,

FINRA does not consent, as the motion is frivolous, and FINRA reserves the right to seek sanctions should you proceed with filing. Likewise on your prior motion to supplement your reply, which is also frivolous and where you did not make a good faith effort to confer and instead filed prematurely.

Regards,

Matt

Matt Borick | Director

199 Main Street, PO Box 190, Burlington, VT 05402-0190

Direct: 802.846.8344 · Main: 802.863.2375 · Email: mborick@drm.com

LinkedIn · Twitter · YouTube

DRM 75

Celebrating 75 Years of Tradition, Vision & Innovation

**From:** Scott <SCT545@proton.me>
**Sent:** Friday, March 7, 2025 7:23 AM
**To:** Walter Judge <WJudge@drm.com>; Matt Borick <mborick@drm.com>; john.mitchell@faegredrinker.com
**Subject:** [EXT] Subpoena in MMAT bankruptcy

Gentlemen:

I am proposing a halt in proceedings as the subpoenas issued in the MMAT bankruptcy case may effectively confirm my claims against FINRA for fraud, conspiracy, Clayton Act violations, insider trading. See attached - FINRA is named recipient of the subpoena.

Under Rule 7 I need to ask. if you don't want to discuss let me know, otherise I can be reached by phone

think you are God and not accountable to anyone, including the US court system) I don't think it was much of a leap of faith for me to conclude AFTER I sent you the motion that you would object. You had time for a review and a decision.

The subpoenas issued in the MMAT bankruptcy will show or tend to show:

1. Horrific levels of counterfeiting by TD Ameritrade and Charles Schwab that FINRA was aware of for at least 1 year of MMTLP trading.
2. FINRA's own in-house blue sheet numbers for the complete trading history of MMTLP which will support the oversold/counterfeiting argument in Traudt v. Rubenstein.
3. DTCC numbers on original distribution of MMTLP and what the transaction records were at the U3 halt on 9 December 2022.
4. Insider trading by FINRA officials.
5. Insider trading by members of the UPC Committee.
6. Perjury by FINRA VP Sam "Three Monkeys" Draddy.
7. Lying to Congress by FINRA CEO Robert "Cookie Monster" Cook - lying to Congress is a serious offense under U.S. law, typically prosecuted under 18 U.S.C. § 1001, which covers false statements made to the federal government, including its legislative branch. This statute applies

Last edited 9:03 AM · Mar 10, 2025 · **2,011** Views

10 20 65 5

**John Bo...** @Bow4706464... · 4h

They sound scared! No judge wants "real justice". Can you reply and say, "That is not