UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SCOTT TRAUDT,

    Plaintiff,

v.

ARI RUBINSTEIN, GTS SECURITIES
LLC, GTS EQUITY PARTNERS LLC,
GTS EXECUTION SERVICES LLC,
CHARLES W. SCHWAB AND CO. INC.,
SCHWAB HOLDINGS, INC., FINANCIAL
INDUSTRY REGULATORY AUTHORITY,

    Defendants,

CASE NO. 2:24-cv-782

## DECLARATION OF JOHN P. MITCHELL

I, John P. Mitchell, declare as follows:

1. I am an attorney at law admitted pro hac vice to practice before the United States District Court for the District of Vermont in the above-captioned matter. I am a partner with the law firm of Faegre Drinker Biddle & Reath LLP, and am counsel for Defendant Financial Industry Regulatory Authority, Inc. ("FINRA"). The facts set forth herein are of my personal knowledge, and if called to testify, I could and would competently testify as set forth herein.

2. This declaration is being submitted in support of FINRA's Motion to Quash.

3. Attached hereto as **Exhibit A** is a true and correct copy of the subpoena that Plaintiff Scott Traudt send to me via email on April 2, 2025.

I, John P. Mitchell, declare under penalty of perjury that everything I have stated in this document is true and correct to the best of my knowledge.

1

Dated: April 7, 2025

/s/ John P. Mitchell
John P. Mitchell (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
John.mitchell@faegredrinker.com
105 College Road East, Third Floor
P.O. Box 627
Princeton, New Jersey 08540

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*