UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

```
*************************************
SCOTT TRAUDT,                         *
Plaintiff                             *
                                      *
v.                                    *   Docket Number: 2:24-cv-00782
                                      *   **JURY TRIAL DEMANDED**
ARI RUBENSTEIN                        *
Defendant                             *   2ND Amended Complaint
                                      *
GTS SECURITIES LLC                    *
Defendant                             *
                                      *
CHARLES W. SCHWAB AND CO. INC.        *
SCHWAB HOLDINGS, INC.                 *
Defendant                             *
                                      *
FINANCIAL INDUSTRY                    *
REGULATORY AUTHORITY                  *
Defendant                             *
                                      *
GARY GENSLER                          *
US SECURITIES AND EXCHANGE            *
COMMISSION                            *
Respondent                            *
                                      *
*************************************
```

## Plaintiff's Motion to Withdraw Subpoena Issued on 2 April 2025 to the Securities and Exchange Commission

Plaintiff Scott Traudt hereby withdraws the subpoena issued to the SEC for reasons:

1. The SEC has agreed to have discussions about compliance with the subpoena when and if the Second Amended Complaint (in full or in part) is allowed to go forward by this Court.
2. In the interests of judicial economy, Traudt believes discovery in this matter might warrant far more substantial 3rd party discovery against the SEC based on revelations made possible in recently obtained emails between and among SEC officials and Congressional staffers from 2022 to 2024.

WHEREFORE,

Traudt withdraws the subpoena.

1

Dated: April 17, 2025

Scott Traudt, *pro se ipso*
191 Kibling Hill Road
Strafford, VT 05072

I hereby certify that a true copy of the foregoing was sent to all named defendants and respondent at the addresses delineated below either by 1st Class mail or via email on this 17 day of April, 2025.

SCOTT TRAUDT

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan R. Voegele, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Aaron T. Morris, Morris Kandinov LLP, 4915 Mountain Rd., Stowe, VT 05672

**Ari Rubenstein/GTS Securities LLC** Atty. Jonathan Miller, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**Ari Rubenstein/GTS Securities LLC** Atty. Stephen Fraser, Williams, Barber & Morel Ltd., Willis Tower, 233 S. Wacker Dr., Ste. 6800, Chicago, IL 60606

**FINRA** Atty. Walter Judge, DRM, 199 Main St. POB 190 Burlington VT 054020-190

**FINRA** Atty. John P. Mitchell, Faegre, Drinker, Biddle & Reath LLP 105 College Road East 105 College Road East, POB 627 Princeton NJ 08542-0627

**FINRA** Atty. Matt Borick, DRM, 199 Main St. POB 190 Burlington VT 054020-190

**Schwab** Atty. Justin Barnard, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Anne B. Rosenblum, Dinse P.C. 209 Battery St., Burlington VT 05401

**Schwab** Atty. Felipe Escobedo, Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

2

**Schwab** Atty. Jeff Goldman Morgan, Lewis & Bockius LLP One federal St., Boston MA 02110-1726

**SEC** Atty. Mike Bailey 100 F Street, NE Washington, D.C. 20549