# APPENDIX A

# APPENDIX A

# PART IX FEES AND AWARDS

## 12900. Fees Due When a Claim Is Filed

### (a) Fees for Claims Filed by Customers, Associated Persons and Other Non-Members

(1) Customers, associated persons, and other non-members who file a claim, counterclaim, cross claim or third party claim must pay a filing fee in the amount indicated in the schedule below.

**Filing Fees for Claims Filed by Customers, Associated Persons, and Other Non-Members**

| Amount of Claim (exclusive of interest and expenses) | Filing Fee |
| --- | --- |
| $.01 to $1,000 | $50 |
| $1,000.01 to $2,500 | $75 |
| $2,500.01 to $5,000 | $175 |
| $5,000.01 to $10,000 | $325 |
| $10,000.01 to $25,000 | $425 |
| $25,000.01 to $50,000 | $600 |
| $50,000.01 to $100,000 | $975 |
| $100,000.01 to $500,000 | $1,425 |
| $500,000.01 to $1,000,000 | $1,740 |
| $1,000,000.01 to $5,000,000 | $2,025 |
| Over $5,000,000 | $2,300 |
| Non-Monetary/Not Specified | $1,600 |