UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| SCOTT TRAUDT<br>*Plaintiff(s)*<br>v.<br>ARI RUBENSTEIN et al<br>*Defendant(s)* | Civil Action No. 2:24-cv-782 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Entry Order (Document 157) filed January 8, 2026, plaintiff's Motion for Entry of Partial Final Judgment in Favor of FINRA, GTS Securities LLC and Ari Rubenstein (Document 153) under Fed R. Civ. P. 54(b) is GRANTED. JUDGMENT IS ENTERED for defendants Financial Industry Regulatory Authority, GTS Securities LLC, GTS Equity Partners LLC, GTS Execution Services LLC and Ari Rubenstein, against plaintiff Scott Traudt.

Previously, pursuant to the court's Order (Document 103) filed November 19, 2024, defendant Financial Industry Regulatory Authority, Inc.'s Motion to Dismiss (Document 44), and defendants Ari Rubenstein, GTS Securities LLC, GTS Equity Partners LLC and GTS Execution Services LLC's Motion to Dismiss the First Amended Complaint (Document 18) were GRANTED.

Date: January 8, 2026

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   1/8/2026

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*